UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff<br><br>  v.<br><br>WILLIAMS COLLEGE,<br><br>       Defendant | Civil Action No. 3:16-CV-30184 |

## DECLARATION OF ELIZABETH H. KELLY

I, Elizabeth H. Kelly, hereby declare and state as follows:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts and to the United States District Court for the District of Massachusetts.

2. I am one of the attorneys representing the defendant Williams College in this case.

3. The documents attached to the Defendant's Response to Plaintiff's Statement of Material Facts are true and correct copies of the following materials, with redactions and the parties' names replaced with pseudonyms:

| | |
|---|---|
| Ex. 167 | November 7, 2017 letter from Attorney Lapp to Attorney Rossi |
| Ex. 168 | Document produced by Defendant, bates labeled WMS00394-WMS00395 |
| Ex. 169 | Document produced by Defendant, bates labeled WMS07071-WMS07073 |
| Ex. 170 | Document produced by Defendant, bates labeled WMS07068-WMS07070 |
| Ex. 171 | Select slides from the document that is Plaintiff's Exhibit 66 |

Signed under the pains and penalties of perjury this 29th Day of October, 2018.

/s/ Elizabeth H. Kelly
Elizabeth H. Kelly (BBO No. 672277)
   liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
617.230.0100