# Exhibit 168

**From:** John Doe &lt;JD @williams.edu&gt;
**Sent:** Wednesday, March 9, 2016 12:34 PM
**To:** Sarah Bolton &lt;sbolton@williams.edu&gt;
**Subject:** Re: Scheduling a meeting with attorney

---

Dear Dean Bolton,

Yes, I would like to schedule a meeting on Monday. Thank you very much for your time.

Best,
John Doe

On Wed, Mar 9, 2016 at 8:54 AM, Sarah Bolton &lt;sbolton@williams.edu&gt; wrote:
> Dear John ,
>
> Thanks for your note. I'm happy to arrange a meeting with you, your attorney, me and the college's attorney, Jeff Jones. Unfortunately, Mr. Jones is not on campus until Monday. We can schedule a time to meet on that day. Since that's the only timing we can make work for the meeting, we would extend the deadline for you to submit your request for an appeal to Wednesday.
>
> Please let me know if you would like me to arrange a meeting for Monday.
>
> Best,
> Dean Bolton
>
> On Tue, Mar 8, 2016 at 10:03 PM, John Doe &lt;JD @williams.edu&gt; wrote:
>> Dear Dean Bolton,
>>
>> I am writing to you to ask if it would be possible to schedule a meeting with you and the college's attorney sometime this week. I still have concerns that I would like to discuss with my representative present.
>>
>> Best,
>>
>> John Doe

--
Sarah Bolton
Dean of the College and Professor of Physics
Williams College
Phone: (413) 597 - 4261
Fax: (413) 597 -3507

WMS00395