# Exhibit 170

| | |
|---|---|
| From: | Marlene Sandstrom <msandstr@williams.edu> |
| Sent: | Thursday, November 17, 2016 3:13 PM |
| To: | Pretto, Ninah <ntp1@williams.edu> |
| Cc: | Steve Klass <sklass@williams.edu>; Aaron Gordon <agordon@williams.edu> |
| Subject: | Re: finding letter |

Hi Ninah,
The letter should *absolutely* reflect your thinking. Please feel free to give feedback and change the honor code section as you see fit. If you want to stick with the "falsely accused" piece that is fine with me, but the group needs to explain a bit more what leads them to that conclusion.

This is only a draft, and nothing about it is not subjected to editing!


Marlene J. Sandstrom
Dean of the College and Hales Professor of Psychology
Williams College
Phone: (413) 597-4261
Fax: (413) 597-3507



On Thu, Nov 17, 2016 at 3:44 PM, Pretto, Ninah <ntp1@williams.edu> wrote:
> Hello Marlene,
>
> The honor code section does not reflect what I thought the panel had decided, however if Aaron and Steve are in agreement then I suppose it stands.
>
> I just found two minor typos in the 4th and 6th paragraph.
>
> Best regards,
>
> Ninah
>
> On Thu, Nov 17, 2016 at 2:45 PM, Marlene Sandstrom <msandstr@williams.edu> wrote:
>> Dear Aaron, Nina, and Steve,

I hope you are all doing well. I am attaching a revised version of the finding letter for the JD/SS case. When I read the original draft, I found that I needed more information about the panel's reasoning in order to include more depth in the letter. Both parties would want to understand more about how the decisions were made. I met with Aaron, who summarized the group's thoughts. I tried to incorporate that thinking into this new version of the letter.

In addition, I made a few other changes.

(1) **Overlap between nonconsensual sex and relationship abuse:** If you find John responsible for sexual misconduct, you cannot use that same behavior (without additional elements) to also find him responsible for relationship abuse. In this case, sexual misconduct trumps, so I clarified that. If you had found John responsible for additional acts of relationship abuse *in addition* to nonconsensual sex, we could have added a relationship abuse violation. Since this was not the case, we should stick with nonconsensual sex.

(2) **retaliation:** I looked more closely at the investigative report and allegations, and see that John is claiming that some of Susan's behavior are retaliatory. I try to address that, but feel free to change/edit, etc.

(3) **honor code:** When I met with Aaron, I asked what evidence the group had that Susan had *falsely* accused John of the honor code violation, as you state in your original letter. We would need to explain that more fully, and explain why the preponderance of evidence supported it. As I pointed out, the fact that the honor committee did not find John responsible for the honor code violation on appeal does NOT mean that they felt Susan was lying. It only means that they did not find enough evidence to find him responsible. After discussing this with Aaron, he agreed that we might not want to use the "falsely accused" language in the letter. I have rewritten that section accordingly.

Can you please take a look at this, and edit accordingly. It needs to reflect *your* thinking about the case, so it is important that you let me know if anything I have included does not fit with the group's sentiment. Consider it a working draft. Please edit/change anything that doesn't square with the panel's thinking process.

I'll look forward to hearing from you with feedback. Once we have Susan's letter squared away, I can easily adapt it for John.

WMS07069

Many thanks,
Marlene

Marlene J. Sandstrom
Dean of the College and Hales Professor of Psychology
Williams College
Phone: (413) 597-4261
Fax: (413) 597-3507

--

Ninah Theresa Pretto, M.A.
**Assistant Dean of International Student Services**
**Williams College**
**Phone: (413) 597-4171**
**Fax: (413) 597-3507**
**ntp1@williams.edu**

Pronouns: She/Her/Hers

*"Cultural differences should not separate us from each other, but rather cultural diversity brings a collective strength that can benefit all of humanity." Also: "Intercultural dialogue is the best guarantee of a more peaceful, just and sustainable world." -- Robert Alan (American writer, artist and social activist; 1922-1978)*

WMS07070