# Exhibit 171



WMS11770

## Our cultures (family, institution, societal) teach us:

- Who perpetrates
- Who is victimized
- Who is credible
- Who has future potential and whose past is suspect

WMS11771