## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>      Plaintiff<br><br>v.<br><br>WILLIAMS COLLEGE,<br>      Defendant. | CIVIL ACTION NO.: 3:16cv-30184-MGM |

### AFFIDAVIT OF STACEY ELIN ROSSI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE

I, Stacey Elin Rossi, hereby state as follows:

1. I have personal knowledge of the facts stated in this affidavit.

2. I am counsel of record for John Doe[1] in the above-captioned matter.

3. I make this affidavit in support of Plaintiff's Opposition to Defendant's Motion to Strike (Dkt. 146).

4. Exhibit 1 filed therewith contains a true and correct copy of WMS00019 to WMS00022 as provided by Defendant's counsel to me with a redaction.

5. Exhibit 2 filed therewith contains a true and correct copy of WMS00060 to WMS00063 as provided by Defendant's counsel to me with a redaction.

Signed under the pains and penalties of perjury this 19th day of November 2018.

Date: November 19, 2018       /s/ Stacey Elin Rossi_____
                                                       **STACEY ELIN ROSSI**

### CERTIFICATE OF SERVICE

This document was served electronically upon all counsel of record by filing through the ECF system on November 19, 2018.

                                                        _/s/ Stacey Elin Rossi_____
                                                        **STACEY ELIN ROSSI**

---

[1] Plaintiff is referred to as "John Doe" throughout the pleadings.