UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
JOHN DOE,                                 )
                                          )
    Plaintiff,                          )
                                          )   CIVIL ACTION NO. 3:16-CV-30184-MGM
v.                                        )
                                          )
WILLIAMS COLLEGE,                         )
                                          )
    Defendant.                          )
_____)

**MOTION FOR LEAVE TO FILE
NOTICE OF WITHDRAWAL UNDER SEAL**

    Pursuant to Local Rule 83.5.2(c)(1)(A), as motions are pending in the above-captioned case, Plaintiff's counsel hereby seeks leave of the Court to withdraw its appearance on behalf of Plaintiff John Doe. Plaintiff is preceded by the appearance of successor counsel, Arnold Rosenfeld, Esq. and Krista Wroldson-Miller, Esq.

    On June 30, 2020, the Massachusetts Supreme Judicial Court ("SJC") entered an Order of Term Suspension/Partially Stayed that prohibits Plaintiff's counsel Rossi from engaging in the practice of law for one month. The suspension commences July 29, 2020 and ends August 29, 2020. In September 2020, Rossi will be reinstated.

    The reason for this request for the withdrawal notice to be **filed under seal** is that SJC Rule 4:01 Section 17(1)(a), requires a suspended attorney to "file a notice of withdrawal [] with every court [] before which a matter is pending together with" a copy of the notices sent to clients pursuant to paragraph (c) of said subsection. As this notice contains Plaintiff's true identity, filing under seal is necessary.

    Respectfully submitted,

1

Date: July 6, 2020

                            **JOHN DOE, PLAINTIFF**

                            By: /s/ Stacey Elin Rossi
                            STACEY ELIN ROSSI (BBO# 681084)
                            ROSSI LEGAL PRACTICE
                            56 Spring Street
                            PO Box 730
                            Williamstown, MA 01267
                            (413) 248-7622
                            berkshirelegal@gmail.com

                            ARNOLD R. ROSENFELD (BBO# 428860)
                            32 Milford Street, #2
                            Boston, Massachusetts 02118
                            (617)312-4576
                            arnierlaw@gmail.com

                            KRISTA WROLDSON-MILLER (BBO# 656381)
                             (*pro hac vice*)
                            75 North Street
                            Pittsfield, MA 01201
                            (413) 499-4166
                            krista@kristamillerlaw.com

### Certificate of Compliance with L.R. 7.1

Counsel have conferred in good faith in an effort to resolve or narrow the issues presented in this motion. Defendant assents to the allowance of leave for Plaintiff's counsel to withdraw.

### Certificate of Service

This document was served electronically upon all counsel of record by filing through the ECF system on this 6th of July 2020.

                            /s/ Stacey Elin Rossi
                            STACEY ELIN ROSSI